Mark L. Eisenhut, State Bar No. 185039
Virginia L. Miller, State Bar No. 211124
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
PH: (949) 717-3000
FX: (949) 717-3100
meisenhut@calljensen.com
vmiller@calljensen.com

Attorneys for Defendants

**JS-6**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSATLANTIC AVIATION, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC AVIATION GROUP, LLC, SOUTHERN CALIFORNIA AVIATION, LLC, <br><br> Defendants. | Case No. CV08-03007 VBF(OPx) <br><br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> *[Filed concurrently with Stipulation of Dismissal of Entire Action with Prejudice]* <br><br> Complaint Filed: September 28, 2007 <br> Trial Date: December 2, 2008 |

///

///

///

///

///

///

///

ALB01-04:#1051765-v3-LIT-TAA_-_proposed_order_dismissing_case_against_PAG_SCA.DOC:11-3-08

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Case 2:08-cv-03007-VBF-OP   Document 20   Filed 10/31/08   Page 2 of 2   Page ID #:209

# ORDER

**IT IS HEREBY ORDERED** that the above entitled action filed by Plaintiff TransAtlantic Aviation, Ltd. ("TAA"), against Defendants Pacific Aviation Group, LLC ("PAG"), and Southern California Aviation, Inc. ("SCA"), is dismissed *with prejudice*, with each of the parties to bear its own attorney's fees and costs.

Dated: October 31, 2008

*/s/ Valerie Baker Fairbank*
HON. VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ALB01-04:#1051765-v3-LIT-TAA_-_proposed_order_dismissing_case_against_PAG_SCA.DOC:11-3-08          - 1 -
ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE